DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LARRY VAN DUSSELDORP** and **GAIL L. VAN DUSSELDORP**
a/k/a **GAIL DUSSELDORP,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
as Trustee of The Residential Asset Securitization Trust 2007-A1
Mortgage Pass-Though Certificates, Series 2007-A Under the Pooling
and Servicing Agreement Dated January 1, 2007,
Appellee.

No. 4D16-2379

[August 3, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kathleen D. Ireland, Senior Judge; L.T. Case No. 2012CA030940.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

W. Bard Brockman of Bryan Cave LLP, Atlanta, GA, and Zina Gabsi of Bryan Cave LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER, JJ., and SMALL, LISA, Associate Judge, concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***